11,721-20

ATTN: Ms. Betty Herriage
District Clerk of Henderson Co.
100 East Tyler Street Room 203
Athens, Texas 75751

W2B.

December 18, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 23 2015

RE: Exparte Willie Donnell Beasley
Trial Court Cause No. A09192
Wrt. No. 11.721-

Dear Clerk:

Please be advised that the applicant has filed a motion with the trial court requesting appointment of counsel pursurant to Texas Code of Criminal procedures Act 1.051 of the Fair Defense Act. The trial court judge has not granted or denied said motion based upon applicant's claim of ineffective assistance of counsel during trial. Neither has this court made a ruling on applicant's claim of absent witness at trial. Their was new discovered exculpatory evidence of a Brady violation with the claim of actual innocence. And I have this day notified the Clerk of the Texas Court of Criminal Appeals (I.E. Abel Acosta) that the court of appeals had prematurely made a ruling on the motion for new trial without allowing this court to hear evidences that was outside the recored, and has been recently discovered. So would you please bring this to the attention of Judge Moore, and I respectfully request a ruling, so the matter can be properly appealed. In the case I am denied a copy of this letter is being served on the Clerk of the Court of Criminal Appeals.

Respectfully Submitted,

12/18/2015

/s/ Willie D. Beasley
Willie D. Beasley
#870844
pro-se

### Certificate of Service

I, Willie D. Beasley, TDCJ No. 870844, certify that a true and correct co copy of the above and foregoing letter has been served on the District Clerk Office have been mail to:

Betty Herriage
District Clerk of Henerson County
100 East Tyler Street Room 203
Athens, Texas 75751

/s/ Willie D. Beasley
Willie D. Beasley
TDCJ #870844
M.W. Michael Unit
pro-se

12/18/2015